# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 14, 2024

## NO. 03-22-00466-CV

**Bryce Carpenter, Appellant**

**v.**

**Daspit Law Firm, PLLC and Robert Morse, Appellees**

## APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
## AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the trial court's denial of the motion to dismiss. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's denial. Therefore, the Court affirms the trial court's denial. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.